UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEWAYNE LAKEITH JOSEPH #579562** | **CASE NO. 6:17-CV-01444 SEC P** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **DARRYL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Competency Hearing, Rec. Doc. [40], is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE